JAN I. GOLDSMITH, City Attorney
DANIEL F. BAMBERG, Assistant City Attorney
KEITH W. PHILLIPS, Deputy City Attorney
California State Bar No. 190664
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856
    KPhillips@sandiego.gov
Attorneys for Defendant City of San Diego

JAMES C. MITCHELL, ESQ. (Bar No. 87151)
DANIEL M. GILLEON, ESQ.
The Gilleon Law Firm
1320 Columbia Street, Suite 200
San Diego, CA 92101
    Telephone:  (619) 702-8623
    Facsimile:  (619) 702-6337
Attorneys for Plaintiffs
Michelle Davis, Nicole Johnson and Claudia Ariza

KEVIN M. OSTERBERG, ESQ. (Bar No. 138760)
Haight Brown & Bonesteel LLP
3750 University Ave., Suite 560
Riverside, CA 92501
    Telephone:  (951) 341-8300
    Facsimile:  (951) 341-8309
Attorney for Defendant Christopher Hays

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DAVIS; NICOLE JOHNSON, CLAUDIA ARIZA,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation; CHRISTOPHER R. HAYS,<br><br>             Defendants. | Case No. 14cv1488 DMS (DHB)<br><br>**JOINT MOTION FOR STAY PENDING CRIMINAL TRIAL AND DEPARTMENT OF JUSTICE INVESTIGATION OF DEFENDANT CHRISTOPHER R. HAYS**<br><br>Magis.:   Hon. Dana M. Sabraw<br>Ctrm:    13A<br>Trial:     Not Set |

      The parties, through this joint motion, by and through their respective counsel, and pursuant to CivLR 12.1, request that this Court stay this civil action pending the outcome of Defendant Christopher Hays' criminal trial and the Department of Justice's ("DOJ") investigation of Christopher Hays.

Good cause exists to stay the civil action until the conclusion of Hays' criminal trial and the DOJ's investigation of Hays for the following reasons:

1.      WHEREAS Defendant Christopher Hays is being criminally prosecuted by the San Diego County District Attorney's Office and is being investigated by the U.S. Department of Justice, the parties acknowledge Christopher Hays' fifth amendment privilege against self-incrimination is fully implicated in this civil matter.  *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995).  Thus, Defendant Hays cannot admit or deny the facts in Plaintiffs' Complaint, and must exercise his fifth amendment privilege regarding Plaintiffs' claims;

2.      WHEREAS the criminal trial of Defendant Hays is set for November 12, 2014;

3.      WHEREAS it is anticipated that the review of the San Diego Police Department, including the claims against Defendant Hays, by the Department of Justice will be completed by approximately December 2014, with another 60 to 90 days to complete the investigation report, especially given the holidays;

4.      WHEREAS the parties acknowledge the Plaintiffs have an interest in proceeding expeditiously with this litigation, the parties also acknowledge their belief that once the criminal trial and DOJ's investigation of Hays are complete, the parties are in a better position to respond to the Plaintiffs' allegations, conduct discovery, and potentially negotiate a resolution of this action; furthermore, the anticipated delay is only expected through December of 2014, which the parties acknowledge is reasonable given the circumstances; *Keating*, 45 F.3d at 325;

5.      WHEREAS the parties also acknowledge there is great prejudice to Defendant Hays by forcing him to exercise his fifth amendment privilege with regard to Plaintiffs' claims herein, and to Defendant City by its inability to proffer the testimony of a key witness to the allegations alleged in the Complaint, *Id.;*

/ / /

6. WHEREAS the parties believe that the Court, in its management of its cases, would exercise efficient use of its judicial resources by postponing the dates in this civil action, especially the Early Neutral Evaluation Conference wherein the parties could negotiate the merits of the case fairly and on the merits, as opposed to numerous contingencies to be decided in the criminal trial(s) of Hays, *Id.;*

7. WHEREAS the attorneys in this civil action were also attorneys in several of the Anthony Arevalos cases with a history of zealous and ethical advocacy for their respective clients, which resulted in fair settlements without the need for protracted judicial intervention, because the parties were able to negotiate based upon the merits of those cases, i.e., after Arevalos was criminally convicted;

8. WHEREAS the stay would not interfere with any interest of any person(s) not parties to this civil litigation, as the Defendants have not yet responded to the Complaint; *Id.*

9. WHEREAS the interest of the public in seeing the resolution of the criminal allegations is not being interrupted by the stay because the criminal case is continuing, as well as the DOJ's investigation. *Id.* Furthermore, the parties acknowledge that Defendant Hays is not a "danger to the public", as he is no longer employed by the San Diego Police Department;

10. The parties acknowledge the factors to be balanced as articulated in *Keating*, 45 F.3d at 325, weigh in favor of a stay of this civil action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, the parties respectfully request that the Court stay this civil action until the conclusion of Defendant Hays' criminal trial, and until the DOJ investigation is complete.  Further, the parties respectfully request the Court set a status conference for some time in December 2014.

I, Keith Phillips, certify that I have made a true and correct copy of this pleading available to counsel for the Plaintiffs, James C. Mitchell, and counsel for Co-Defendant Christopher Hays, Kevin M. Osterberg, who have both authorized me to electronically sign this pleading on their behalf according to the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California § 2(f)(4).

**STIPULATED TO BY ALL PARTIES:**

Dated:  August 15, 2014          JAN I. GOLDSMITH, City Attorney

By   /s/  KEITH W. PHILLIPS
     Keith W. Phillips
     Deputy City Attorney
     KPhillips@sandiego.gov
Attorneys for Defendant City of San Diego

Dated:  August 15, 2014          THE GILLEON LAW FIRM

By   /s/  JAMES C. MITCHELL
     James C. Mitchell
     jcm@mglawyers.com
Attorneys for Plaintiffs
Michelle Davis; Nicole Johnson; Claudia Ariza

Dated:  August 15, 2014          HAIGHT BROWN & BONESTEEL

By   /s/  KEVIN M. OSTERBERG
     Kevin M. Osterberg
     kosterberg@hbblaw.com
Attorneys for Co-Defendant Christopher R. Hays